UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARK WILLS,

                                               **ORDER**

            Plaintiff,                        CV 04-4454 (ARR)(VVP)

    -against-

JACQUES PAQUIOT CONSTANT, et al.,

                Defendants.
------------------------------------------------------------X

        The telephone conference scheduled for August 12, 2005 has been *rescheduled* to **Wednesday, August 10, 2005 at 2:30 p.m.** Counsel for the plaintiff shall initiate the call to chambers (718-260-2400) with the costs to be shared by all parties.

                                                        SO ORDERED.

                                                        VIKTOR V. POHORELSKY
                                                        United States Magistrate Judge

Dated: Brooklyn, New York
        June 30, 2005

**NOTE:    PLAINTIFF'S COUNSEL IS DIRECTED TO CONFIRM WITH ALL COUNSEL THAT ALL NECESSARY PARTIES ARE AWARE OF THIS CONFERENCE.**