UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARK WILLS,                                          JUDGMENT
                                                     04-CV- 4454 (ARR)
                          Plaintiff,

     -against-


JACQUES PAQUIOT CONSTANT, et al.,


                          Defendants.
-------------------------------------------------------------------X


          An Order of Honorable Allyne R. Ross, United States District Judge, having been

filed on December 19, 2005, adopting the Report and Recommendation of Magistrate Judge

Viktor V. Pohorelsky, dated November 16, 2005, after a de novo review of the record; and

dismissing the action without prejudice pursuant to Fed. R. Civ. P. 41(b); it is

          ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that

the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted in its

entirety; and that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).



Dated: Brooklyn, New York
       December 19, 2005

                                             _____
                                             ROBERT C. HEINEMANN
                                             Clerk of Court